UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM C. FARNEY,

   Plaintiff,

v.                                              Case No. 3:25cv521-LC-HTC

UNITED STATES,
ALEXANDER JOHNSON,

   Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 24, 2025 (ECF No. 3), recommending that Plaintiff's case be dismissed as frivolous under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED as frivolous under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B).

3. All pending motions are denied as moot.

4. The clerk shall close the file.

**DONE AND ORDERED** this 13th day of May, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**